UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERE THOMAS RAMEY, | No. 2:19-cv-00640 GGH P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| M.E. SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c). On May 3, 2019, the court ordered petitioner to file his motion for stay and abeyance pursuant to Rhines v. Weber, 544 U.S. 269 (2005) for failure to exhaust his state remedies. ECF No. 5. The court provided petitioner thirty days from the date of the order to comply with the order. Id. The court further warned petitioner that "failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to exhaust state remedies." Id. Petitioner has not responded within the requisite deadline.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b). The filing of a motion for stay and

1

abeyance in conformity with the court's May 3, 2019 order within this timeframe will serve as cause and will discharge this order.

Dated: June 17, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE